# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Valerie Howard

Plaintiff(s),

v.

Cumulus Media Inc., et al.

Defendant(s).

Case No: 4:12-cv-4880-KAW

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Elizabeth Bulat Turner, an active member in good standing of the bar of Northern District - Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants in the above-entitled action. My local co-counsel in this case is Risa J. Morris, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 621 North Avenue, N.E. Suite C-150<br>Atlanta, Georgia 30308 | 9300 Wilshire Blvd., Suite 508<br>Beverly Hills, California 90212 |
| MY TELEPHONE # OF RECORD:<br>(404) 537-5330 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 330-1760 |
| MY EMAIL ADDRESS OF RECORD:<br>bbulatturner@mmlfirm.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>rmorris@mmlfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 558428.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/27/12

*Betsy Bulat Turner*
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Elizabeth Bulat Turner is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 10, 2012

*Kandis Westmore*
UNITED STATES DISTRICT/MAGISTRATE JUDGE