UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Valerie Howard <br><br> Plaintiff(s), <br><br> v. <br><br> Cumulus Media Inc., et al. <br><br> Defendant(s). | Case No: 4:12-cv-4880-KAW <br><br> APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE <br>(CIVIL LOCAL RULE 11-3) |

I, Theresia Moser, an active member in good standing of the bar of Northern District - Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants in the above-entitled action. My local co-counsel in this case is Risa J. Morris, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 621 North Avenue, N.E. Suite C-150 <br> Atlanta, Georgia 30308 | 9300 Wilshire Blvd., Suite 508 <br> Beverly Hills, California 90212 |
| MY TELEPHONE # OF RECORD: <br> (404) 537-5330 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (213) 330-1760 |
| MY EMAIL ADDRESS OF RECORD: <br> tmoser@mmlfirm.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> rmorris@mmlfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 526514.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/27/12

*Theresia M. Moser*
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Theresia Moser is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 10, 2012

*Kandis Westmore*
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                                                         August 2012