Risa J. Morris (State Bar No. 221179)
rmorris@mmlfirm.com
MEYER MOSER LANG LLP
9911 Pico Blvd., Suite 1560
Los Angeles, California 90035
Telephone: (213) 330-1760
Facsimile: (310) 496-0427

Theresia Moser (admitted *pro hac vice*)
tmoser@mmlfirm.com
Elizabeth Bulat Turner (admitted *pro hac vice*)
bbulatturner@mmlfirm.com
MEYER MOSER LANG LLP
Southern Dairies Building
621 North Avenue, N.E. Suite C-150
Atlanta, Georgia 30308-2864
Telephone: (404) 537-5330
Facsimile: (404) 537-5340

ATTORNEYS FOR DEFENDANTS
CUMULUS MEDIA INC. AND
SUSQUEHANNA RADIO CORP.

THERESE M. LAWLESS - Bar # 127341
tlawless@lawlesssf.com
LAWLESS & LAWLESS
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 391-7555

ATTORNEYS FOR PLAINTIFF
VALERIE HOWARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| VALERIE HOWARD,<br><br>    Plaintiff,<br><br>    v.<br><br>CUMULUS MEDIA INC., SUSQUEHANNA RADIO CORP. and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | **Case No. 3:12-cv-04880-CRB**<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Subject to the approval of the Court, Plaintiff Valerie Howard and Defendants Cumulus Media Inc. and Susquehanna Radio Corp. (collectively "the Parties") enter into the following stipulation pursuant to Civil L.R. 6-2:

1. A Case Management Conference ("CMC") is currently scheduled to take place in this action before Judge Charles R. Breyer on January 18, 2013 at 8:30 a.m. in Courtroom 6 of the above-referenced court.

2. Lead counsel for Defendants will be unable to attend the previously scheduled CMC due to an unexpected illness.

3. The Parties jointly stipulate and request, subject to the Court's approval, that the January 18, 2013 CMC be continued to a later date, preferably Friday, February 22, 2013.[1]

4. This is the Parties' first request for a continuance of the CMC, and the Parties represent that such continuance should have no substantive effect on the schedule for this case.

Stipulated to: January 17, 2013         MEYER MOSER LANG LLP


                                        By: /s/Theresia Moser
                                            Theresia Moser

                                        Attorney for Defendants
                                        CUMULUS MEDIA INC. and
                                        SUSQUEHANNA RADIO CORP.

Stipulated to: January 17, 2013         LAWLESS & LAWLESS


                                        By: /s/Therese Lawless
                                            Therese Lawless

                                        Attorney for Plaintiff
                                        VALERIE HOWARD

---

[1] The Court's weekly calendar shows availability for Case Management Conferences on this date.

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC**

## ORDER

Based on the Parties' foregoing Stipulation, and for good cause shown, the Parties' Stipulation to Continue the Case Management Conference is approved and the Case Management Conference is set to be heard by the Court on the 22nd day of February, 2013 at 8:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 18, 2013



Charles R. Breyer

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC**