1  Risa J. Morris (State Bar No. 221179)
   rmorris@mmlfirm.com
2  MEYER MOSER LANG LLP
   9911 Pico Blvd., Suite 1560
3  Los Angeles, California 90035
   Telephone:   (213) 330-1760
4  Facsimile:    (310) 496-0427

5  Theresia Moser (admitted *pro hac vice*)
   tmoser@mmlfirm.com
6  Elizabeth Bulat Turner (admitted *pro hac
   vice*)
7  bbulatturner@mmlfirm.com
   MEYER MOSER LANG LLP
8  Southern Dairies Building
   621 North Avenue, N.E. Suite C-150
9  Atlanta, Georgia 30308-2864
   Telephone:   (404) 537-5330
10 Facsimile:    (404) 537-5340

11 ATTORNEYS FOR DEFENDANTS
   CUMULUS MEDIA INC. AND
12 SUSQUEHANNA RADIO CORP.

13 THERESE M. LAWLESS - Bar # 127341
   tlawless@lawlesssf.com
14 LAWLESS & LAWLESS
   180 Montgomery Street, Suite 2000
15 San Francisco, CA 94104
   Telephone: (415) 391-7555
16
17 ATTORNEYS FOR PLAINTIFF
   VALERIE HOWARD

18

19                UNITED STATES DISTRICT COURT

20    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

21

22  VALERIE HOWARD,

23              Plaintiff,                  **Case No. 3:12-cv-04880-CRB**

24      v.

25  CUMULUS MEDIA INC.,                     **STIPULATION AND ORDER TO**
    SUSQUEHANNA RADIO CORP. and             **CONTINUE CASE**
26  DOES ONE through FIFTY, inclusive,      **MANAGEMENT CONFERENCE**

27              Defendants.

28

Subject to the approval of the Court, Plaintiff Valerie Howard and Defendants Cumulus Media Inc. and Susquehanna Radio Corp. (collectively "the Parties") enter into the following stipulation pursuant to Civil L.R. 6-2:

1.      A Case Management Conference ("CMC") is currently scheduled to take place in this action before Judge Charles R. Breyer on January 18, 2013 at 8:30 a.m. in Courtroom 6 of the above-referenced court.

2.      Lead counsel for Defendants will be unable to attend the previously scheduled CMC due to an unexpected illness.

3.      The Parties jointly stipulate and request, subject to the Court's approval, that the January 18, 2013 CMC be continued to a later date, preferably Friday, February 22, 2013.[1]

4.      This is the Parties' first request for a continuance of the CMC, and the Parties represent that such continuance should have no substantive effect on the schedule for this case.

Stipulated to:  January 17, 2013          MEYER MOSER LANG LLP


By: /s/Theresia Moser
     Theresia Moser

Attorney for Defendants
CUMULUS MEDIA INC. and
SUSQUEHANNA RADIO CORP.

Stipulated to:  January 17, 2013          LAWLESS & LAWLESS


By: /s/Therese Lawless
     Therese Lawless

Attorney for Plaintiff
VALERIE HOWARD

---

[1] The Court's weekly calendar shows availability for Case Management Conferences on this date.

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC**

1

2 <u>ORDER</u>

3    Based on the Parties' foregoing Stipulation, and for good cause shown, the

4 Parties' Stipulation to Continue the Case Management Conference is approved and

5 the Case Management Conference is set to be heard by the Court on the

6 <u>22nd </u>day of <u>February</u>, 2013 at <u>8:30 a.m.</u>

7

8 PURSUANT TO STIPULATION, IT IS SO ORDERED.

   Dated:   January 18, 2013

9

10



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC**