1 | Risa J. Morris (State Bar No. 221179)
  | rmorris@mmlfirm.com
2 | MEYER MOSER LANG LLP
  | 9911 Pico Blvd., Suite 1560
3 | Los Angeles, California 90035
  | Telephone:     (213) 330-1760
4 | Facsimile:     (310) 496-0427

5 | Theresia Moser (admitted *pro hac vice*)
  | tmoser@mmlfirm.com
6 | Charles E. Solley (admitted *pro hac vice*)
  | tsolley@mmlfirm.com
7 | MEYER MOSER LANG LLP
  | Southern Dairies Building
8 | 621 North Avenue, N.E. Suite C-150
  | Atlanta, Georgia 30308-2864
9 | Telephone:     (404) 537-5330
  | Facsimile:     (404) 537-5340

Attorneys for Defendants
CUMULUS MEDIA INC. AND
SUSQUEHANNA RADIO CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| VALERIE HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>CUMULUS MEDIA INC.,<br>SUSQUEHANNA RADIO CORP. and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. 3:12-cv-04880-CRB<br><br>**DECLARATION OF THERESIA MOSER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Theresia Moser, hereby declare:

1. I am an attorney in the law firm of Meyer Moser Lang LLP, counsel for Defendants Cumulus Media Inc. and Susquehanna Radio Corp. (collectively, "Defendants") in the above-captioned matter. I submit this declaration in support of Defendants' Motion for Summary Judgment (the "Motion"). All of the following facts are within my personal knowledge and if called as a witness I could and would testify competently with respect thereto.

2.  I am licensed to practice law in all courts in the State of Georgia. I was admitted to practice before this Court *pro hac vice* on December 14, 2012.

3.  The deposition extract attached hereto as Exhibit A is an authentic copy of certain portions of Plaintiff Valerie Howard's deposition, including Exhibits 1, 4, 7, 8, 9, 14, 15, 18, 19, 22, 23, 24, and 25, which were entered and authenticated as exhibits at Plaintiff's deposition.[1] I attended and took this deposition.

4.  The deposition extract attached hereto as Exhibit B is an authentic copy of certain portions of Peter Schwartz's deposition, including Exhibits 11, 18, 27, and 28, which were entered and authenticated as exhibits at his deposition. I attended and Therese Lawless took this deposition.

5.  The deposition extract attached hereto as Exhibit C is an authentic copy of certain portions of Jon Pinch's deposition, including Exhibit 11, which was entered and authenticated as an exhibit at his deposition. I attended and Therese Lawless took this deposition.

6.  The deposition extract attached hereto as Exhibit D is an authentic copy of certain portions of Stacey Haysler's deposition, including Exhibit 26, which was entered and authenticated as an exhibit at her deposition. I attended and Therese Lawless took this deposition.

7.  The deposition extract attached hereto as Exhibit E is an authentic copy of certain portions of Joseph Cariffe's deposition. I attended and Therese Lawless took this deposition.

8.  The deposition extract attached hereto as Exhibit F is an authentic copy of certain portions of Karen Gooseff's deposition. I attended and Therese Lawless took this deposition.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 19th day of July, 2013, at Atlanta, Georgia.

*Theresia M. Moser*
Theresia M. Moser

---

[1] Exhibits to this declaration are designated by letter (i.e., A, B, C . . .) and deposition exhibits included with the deposition excerpts retain their numerical exhibit designation (i.e., 1, 2, 3 . . .) made during each respective deposition.

2
**DECLARATION OF THERESIA MOSER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**