# EXHIBIT C

Page 1

1            UNITED STATES DISTRICT COURT
        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
2

3

4
    VALERIE HOWARD,
5
            Plaintiff,
6    vs.

7                            Case No. C 12-4880 CRB

8    CUMULUS MEDIA INC.,
    SUSQUEHANNA RADIO CORP.
9    and DOES ONE through FIFTY,
    inclusive,
10
            Defendants.
11    _____

12

13        VIDEOTAPED DEPOSITION OF JON PINCH

14

15            March 26, 2013

16

17                Regus

18             Promenade II

19          1230 Peachtree, Northeast

20              Suite 1900

21            Atlanta, Georgia

22

23    Reported by:

24    Sharon A. Gabrielli, RPR

25    JOB NO. 58778

1        A     Give or take, yeah; something like that.

2        Q     Okay.

3        A     Um-hmm.

4        Q     And when you became co-COOs with Mr. John

5   Dickey, did you somehow break down your

6   responsibilities between the two of you?

7        A     Not really.  We kind of overlap, we mix and

8   match.  His specialty was more programming, and mine

9   was more in the sales arena.

10       Q     Okay.  Now, at some point in time, Cumulus

11  acquired Susquehanna; is that correct?

12       A     Yes.

13       Q     And do you recall when that was?

14       A     Seven years ago.  Seven or eight years ago, I

15  believe.

16       Q     Approximately would you say 2006?

17       A     Yes.

18       Q     And with that acquisition came some radio

19  stations in the bay area; is that right?

20       A     Yes.

21       Q     Could you tell us for the record which radio

22  stations those are?

23       A     They were KNBR, KFOG, KSAN, and KTCK, I

24  believe.

25       Q     Would -- how would you characterize the --

1    Q   And during the time period when Mr. Salvador

2  was employed at the company as the market manager,

3  would you visit the bay area on a regular basis?

4        MS. MOSER:  Objection to the term

5     "regular."

6        THE" WITNESS:  The -- it depends what

7     you mean by "regular."  I presume every

8     three, four, five months; something like

9     that, I presume.

10    Q  (BY MS. LAWLESS)  How would you characterize

11  your working relationship with Mr. Salvador?

12    A   It was a good working relationship.

13    Q   Okay.  And I understand that Mr. Salvador

14  left the company in the summer of 2009; is that

15  accurate?

16    A   His position was eliminated, that's correct.

17    Q   And were you involved in the elimination of

18  that position?

19    A   Yes.  It was an expense elimination because

20  of declining revenues.

21    Q   And at the time period when Susquehanna

22  acquired Cumulus up until Mr. Salvador's position was

23  eliminated, had the revenues been declining on a steady

24  basis?

25    A   Say again, please.

1    Q    Okay.  And when you talk about the -- the

2  revenues being on decline, are you talking on a

3  specific area where revenues were on decline; the bay

4  area, for example?

5    A    I'm talking about the San Francisco cluster's

6  revenues were on a decline, yeah.

7    Q    And --

8    A    And in reference to one of your other

9  questions, I do think there were other eliminations.  I

10  know we -- we did take quite a few expenses out of the

11  San Francisco operation, but I don't remember the

12  specifics.

13    Q    Prior to Mr. Salvador's position being what

14  you referred to as being eliminated, do you -- did you

15  have any knowledge that he was planning on retiring or

16  leaving?

17    A    I don't recall.

18    Q    Do you recall him ever telling you that, that

19  he was planning on retiring or leaving?

20    A    No.

21    Q    Okay.  Do you have any knowledge as to

22  whether or not Mr. Salvador was offered a severance?

23    A    I -- to my recollection, he was offered a

24  severance that involved -- that involved some

25  commission on an account that he was close to, Fry's

```
 1            MS. MOSER:  You can go ahead and answer
 2       if you...
 3            THE WITNESS:  I have no recollection of
 4       that person, no.
 5       Q   (BY MS. LAWLESS)  Okay.  Do you have any
 6   recollection -- recollection of a person who I believe
 7   also worked in traffic -- do you have any recollection
 8   of a person by the name of Michelle Mercer?
 9       A   No.
10            MS. MOSER:  Same objection.
11            THE WITNESS:  No.
12       Q   (BY MS. LAWLESS)  Okay.  Thank you.
13            In the August of 2009 time period, do you --
14   so this would have been after Mr. Salvador was no
15   longer with the company -- who, if anyone, from San
16   Francisco was your direct report?
17       A   My -- well, Lee Hammer on the programming
18   side.
19       Q   Okay.
20       A   And -- and Peter Schwartz on the sales side.
21   And -- and I should also say also Karen Gooseff on the
22   business -- the business manager on the business and
23   accounting side.
24       Q   Did Mr. Hammer also report to John Dickey?
25       A   He would have, yeah.  We are somewhat
```

1        you're asking him to be definitive in a

2        particular date or time.

3            THE WITNESS:  I don't recall

4        specifically if there was discussions during

5        those dates.

6        Q    (BY MS. LAWLESS)  Okay.  Do you have a

7    recollection that at some point in time you and

8    Mr. Schwartz discussed eliminating Ms. Howard's job?

9        A    Yes.

10        Q    And what is your recollection as to when that

11    first occurred?

12        A    I don't have a specific recollection.  I know

13    I -- I just know it by sequence of events more than

14    anything else.  And I do know that it was long before

15    she -- "long" meaning maybe weeks, maybe a month or

16    two, before she told us that she had a -- a medical

17    condition.

18        Q    And how is it that you remember that?

19        A    Because I remember we were planning on making

20    that elimination.  And just about the time that we were

21    planning to make that elimination, she apparently went

22    into the HR director in San Francisco and told her that

23    she had a -- a serious medical condition.  That was

24    conveyed to me through the HR manager or through Peter

25    Schwartz.

 1            And I remember going, "Well, geez, we were

 2    just planning on eliminating her days from now," I

 3    think it was.  This is -- this is a tough situation."

 4            I went back to use Richard Denning as a

 5    sounding board and say, "I don't think we should

 6    eliminate her job" --

 7            MS. MOSER:  And you won't go into any of

 8        the information --

 9            THE WITNESS:  Any of the details?

10            MS. MOSER:  -- that you discussed with

11        Richard.  To the extent you're talking about

12        a decision that was executed, though --

13            THE WITNESS:  Right.

14            MS. MOSER:  -- you could talk about

15        that.

16            THE WITNESS:  Okay.  Yeah.

17        Q    (BY MS. LAWLESS)  Is there any -- so you

18    say -- you don't have a recollection of when you were

19    first planning on making -- on eliminating her job.

20            Is there -- have you looked at any calendars

21    or records or anything that helps refresh your

22    recollection?

23        A    I -- I couldn't find anything in my records,

24    no.

25        Q    Did you have any -- to your recollection, did

1   you have any email communications with Mr. Schwartz

2   such as those that we've just looked regarding the

3   account executives restructures in which you discussed

4   with Mr. Schwartz eliminating Ms. Howard's position?

5         A    No.  I think all communication was verbal.

6         Q    And when you were planning on eliminating

7   Ms. Howard's position, when it was in the planning

8   stages, other than Mr. Schwartz, did you discuss it

9   with anyone else at the company?

10        A    I would have discussed it with our legal

11  department.

12        Q    Other than legal.

13        A    Perhaps John Dickey.

14        Q    Do you have a memory of discussing it with

15  Mr. Dickey?

16        A    No, I do not.

17        Q    Okay.  And did you discuss it at all with the

18  HR person in San Francisco when you were planning on

19  eliminating Ms. Howard's job --

20        A    I don't --

21        Q    -- Stacy --

22        A    I don't have a specific recollection of that.

23  It's possible that I did.

24        Q    And during the time period when you were

25  planning on eliminating Ms. Howard's job, what was the

1    reason for eliminating her job?

2        A    It was for expense reduction, much like the

3    Tony Salvador expense reduction and all the

4    restructuring that we had done to protect cash flow.

5              Revenues were down in the market.   We were

6    looking for ways to protect the shareholders' value by

7    keeping cash flow at at least a flat or -- or ahead of

8    the prior year.   And when revenues are down, the only

9    way to attack that problem is through expense

10   reduction.

11       Q    And why her job in particular; why not

12   someone else's?

13       A    Her job didn't fit into the typical Cumulus

14   structure.   It was -- it was a manager over managers,

15   and -- and it -- it was not something that we felt was

16   necessary to the day-to-day achievement of -- of -- of

17   contact with our clients and increasing revenue.

18       Q    And when was it first -- when -- not when --

19   you know, I know you're saying you don't have a

20   recollection of when originally this became part of

21   your plan.  Who was it that posed the -- if you recall

22   between you and Mr. Schwartz or someone else, if it was

23   someone else, as to eliminating Ms. Howard's job?

24       A    I don't recall.

25       Q    When you discussed it with Mr. Schwartz, on

1    Q    -- did you have any further conversations

2   with Ms. -- Mr. Schwartz or Ms. Haysler as to what you

3   were going to do with respect -- what the company was

4   going to do with respect to Ms. Howard?

5    A    Yes.   I -- I with either Haysler or Peter or

6   both -- it definitely would have been Peter -- I

7   discussed the -- probably in light of her serious

8   medical condition, it wouldn't be -- it wouldn't be

9   right to terminate her at that time.   She's going

10  through enough.   And I said, "We should show some

11  compassion and -- and just, you know, not worry about

12  this particular expense reduction right now.   And we'll

13  see how she does with treatment, and then we'll discuss

14  it at a future date."

15   Q    And you don't recall if it was Haysler or

16  Schwartz that you had that conversation with; is that

17  correct?

18   A    It would --

19        MS. MOSER:   Objection, you

20  mischaracterized his prior testimony.

21        THE WITNESS:   It would have been

22  Schwartz for sure.   It might have been Stacy

23  as well.

24   Q    (BY MS. LAWLESS)   Do you recall having any

25  written communications with either Mr. Schwartz or

Page 41

1    with Ms. Haysler or Peter Schwartz or any employee at

2    Cumulus about re- -- requiring Valerie Howard to take

3    more leave than was necessary?

4         A    No.

5         Q    Do you recall having any conversations with

6    Mr. Schwartz about the contents of Exhibit 5?

7         A    I seem to recall that at some point when she

8    was working at home, there was a question as to whether

9    she was actually doing all the things required of her

10   job; and therefore, did she -- should she receive

11   part-time pay or full-time pay.  And I recall saying

12   that, in my opinion, we should just pay her full-time

13   and, again, swallow the expense just because of all the

14   things she's been through and not to complicate

15   matters.

16        Q    Did -- do you know who it was that posed the

17   question as to whether or not she should receive lesser

18   pay if she was --

19        A    No, I don't.

20        Q    -- performing lesser duties?

21        A    No, I don't.

22        Q    And it appears that Mr. Schwartz wrote -- set

23   forth some of the duties that, I guess, he thought that

24   she was doing.  Do you see that on the -- on the

25   document?

1    that you're aware of that she was unable to do when she

2    was at home.

3         A    Um-hmm.

4         Q    You said interacting, being physically in the

5    office -- and I'm just paraphrasing, your testimony

6    will stand for what it says --

7         A    Yes.

8         Q    -- accessibility to others.

9              Are you aware of any other duties that she

10   was unable to do because she was not physically located

11   in the office?

12        A    Going on sales calls with sellers, going on

13   sales calls with sales managers and sellers, you know,

14   helping work with them as they're on the phone

15   prospecting.  I mean, I presume there's -- you know, if

16   I gave it some thought, there's probably a number of

17   things that you couldn't do from home; otherwise, we'd

18   have people working from home, like Yahoo did.  But --

19   but -- but I think we continued to pay her full-time,

20   to my recollection at least, and -- and work through

21   that with her as best we could.

22        Q    Did Mr. Schwartz complain to you at any point

23   in time when Valerie Howard was working at home that

24   she was not doing all of her job duties?

25        A    Not to my recollection.

```
 1        Q     Did he make any statements which you felt

 2   were negative, a negative recollection of Ms. Howard

 3   about her inability to perform all of her job duties

 4   when she was out on leave?

 5        A     Not to my recollection.

 6        Q     Okay.  Prior to the time that you had

 7   discussed the elimination of Ms. Howard's job with

 8   Mr. Schwartz, had Mr. Schwartz expressed any

 9   dissatisfaction to you regarding Valerie Howard's

10   performance?

11        A     I have no recollection.

12        Q     Okay.  Prior to discussing the elimination of

13   Valerie Howard's job with anyone at the company, had

14   anyone expressed to you any dissatisfaction with

15   Ms. Howard's performance?

16        A     Say again, please.

17        Q     Sure.

18              Prior to the discussion you had about

19   eliminating Ms. Howard's job, did you have discussions

20   with anyone in the company in which somebody expressed

21   dissatisfaction with Valerie Howard's performance?

22        A     Not to my recollection.

23        Q     Did you have an opinion one way or the other

24   as to how Valerie Howard was performing her job in or

25   about the August time period of 2009?
```

1       A    If I did, it would have been strictly based

2    on the numbers; revenue numbers were down

3    substantially, as I recall, and on The Bone and on --

4    which is KSAN, and KFOG.   And ultimately, as the head

5    sales leader of those two stations, she would have been

6    responsible; the buck would have stopped with her.   So

7    that would have been my only viewpoint at the time, but

8    I don't recall specifically.

9       Q    Okay.  And were there -- did you have any

10    explanations in the August 2009 time period as to why

11    the revenues were down at KSAN and KFOG?

12       A    I don't recall.

13       Q    Okay.  Looking back, do you have any

14    explanations as to why the revenues were down?

15            MS. MOSER:   Objection.   You need to

16       specify the exact time frame.

17       Q    (BY MS. LAWLESS)   Sure.   In the -- let's say

18    the summer of 2009.

19       A    Well, it's always a combination of sales

20    effort, sales leadership, seller productivity, and --

21    and the station performance.

22       Q    And what do you mean when you say "station

23    performance"?

24       A    Ratings.

25       Q    Okay.  And how were the ratings for KSAN and

1    KFOG in the summer of 2009?

2         A    I don't recall.

3         Q    Okay.  Do you know if they had declined since

4    the time period that Cumulus had taken over the

5    Susquehanna?

6         A    I do not.

7         Q    And how were the ratings -- do you recall at

8    some point in time the ratings -- there was a change in

9    the way that they were analyzed, the ratings?

10             MS. MOSER:  PPM.

11             THE WITNESS:  Well, they did start PPM

12        at some time around -- I don't even recall

13        the year now.  It would have been probably

14        2008, 2009, 2010; somewhere in there.

15        Q    (BY MS. LAWLESS)  And, to your knowledge, did

16   that have an impact on the ratings at all?

17        A    I don't recall.

18        Q    Okay.  And if you wanted to find out whether

19   or not the PPM impacted the ratings, what documents, if

20   any, would you look at, if you could?

21        A    The Arbitron monthlies, quarterlies for that

22   particular period versus the prior year period.

23        Q    Okay.  At any point in time in the summer of

24   2009, did you have any discussions with Mr. Schwartz in

25   which you express concern to him that the revenues were

1    decreasing?

2         A    It would not be unlikely, but I don't recall

3    it specifically.

4         Q    Do you have any knowledge as to when Valerie

5    Howard initially left to go out on her leave?

6         A    Left to go out on her leave?  No, I don't.

7              MS. LAWLESS:  Okay.  I'll have the court

8         reporter mark as the next exhibit, Exhibit 6,

9         a one-page document Bates stamped SQ 722.

10   (WHEREUPON, Exhibit 6 was marked for identification.)

11             MS. MOSER:  This one has yellow

12        highlighting on it.  I assume your -- I think

13        that's your yellow highlighting, yeah.

14        Exhibit 6?

15             MS. LAWLESS:  Yeah.

16             MS. MOSER:  Our -- our copy has yellow

17        highlighting on.

18             MS. LAWLESS:  Okay.  Well, for the

19        record, that's -- I think my office did that,

20        but it's okay.

21             MS. MOSER:  You want him to read this?

22             MS. LAWLESS:  Yes.

23        Q    (BY MS. LAWLESS)  Mr. Pinch, just throughout

24   the deposition, when the court reporter gives you an

25   exhibit, you can just go ahead and start reading it; it

```
 1        A     Yeah.

 2        Q     And Mr. Schwartz is -- appears to be some

 3   information here that's been redacted after he wrote,

 4   "Richard and I spoke the other day."  And then he says,

 5   "Valerie is due back in the office December 28.  As we

 6   agreed, we'll keep her salary as is, unless we discuss

 7   otherwise."

 8              Do you believe that's in reference to the

 9   fact that you're going to keep the salary at a

10   full-time salary?

11        A     I believe so.

12        Q     Okay.  And then it says, "Thanks for your

13   direction on this one."

14              Were you and Mr. Schwartz discussing anything

15   else at the point in time regarding Ms. Howard other

16   than whether or not her salary would stay at a

17   full-time or be cut?

18        A     I have no recollection.

19        Q     At this point in time, do you recall having

20   any discussions with Mr. Schwartz about informing

21   Ms. Howard that her job was going to be eliminated?  So

22   while she's out on leave, did you have any further

23   discussions with Mr. Schwartz --

24        A     While she was out on leave?

25        Q     Yes.
```

1       A       No, just the -- we had -- again, we had

2   targeted her for job elimination prior to finding out

3   about her medical condition.  We found out about her

4   medical condition.  We said, "Let's not" -- "let's not

5   take that expense cut right now."  And if we had

6   further discussions about it, I don't recall when or --

7   you know, what year they even were.  She was out, I

8   believe -- I think it was a year later that we actually

9   terminated her employment.

10      Q    Okay.  And I'll share with you another

11  document which has been -- we'll have marked as the

12  next exhibit, Exhibit 8.  It's a one-page document SQ

13  000730.

14  (WHEREUPON, Exhibit 8 was marked for identification.)

15          THE WITNESS:  Okay.

16      Q   (BY MS. LAWLESS)  This appears to be an email

17  that was sent to you from Mr. Schwartz dated January

18  5th.  And he says on item number 2 -- well, item number

19  1 is "Tony's contract regarding Fry's."

20      A    Um-hmm.

21      Q    And then it says 2, "Speak with Richard re:

22  Valerie.  Her expected return is 2/15."

23          At this time in January of 2010, is it your

24  recollection that this is the first time you learned

25  when Ms. Howard was expected to return?

1          A     I don't have a recollection of that, no.

2          Q     Do you recall having any conversations with

3    Mr. Schwartz once you learned that she was expected to

4    return in February of 2010, do you recall having any

5    conversations with Mr. Schwartz in which you discussed

6    notifying her of her job elimination?

7          A     No, I don't know.

8          Q     Was the plan at this time in January of 2010

9    still to eliminate her job?

10         A     I believe at some point we had targeted that

11   position for job elimination, but I don't recall.  But,

12   I mean, again, we were trying to make an accommodation

13   for somebody that was undergoing a serious problem and,

14   when we felt it was right, to go back and eliminate

15   that job as -- as we were -- initially wanted to.  I

16   don't recall the exact time frame.

17         Q     So I just -- so in January of 2010, was that

18   still the plan, was to eliminate her job; it was just a

19   matter of when?

20         A     I would believe so, yeah.  I mean, I don't

21   recall specifically, but there was never -- there was

22   never any talk about not eliminating her job.  That was

23   what we had planned all alone.

24               Again, we were just trying to show a little

25   compassion and not do it while the person was having a

1    serious medical issue.

2        Q    Did you ever discuss with Mr. Schwartz

3    informing Ms. Howard that, in fact, the company was

4    planning on eliminating her job and had done this

5    gracious act of allowing her to stay out on leave?

6             Did you ever -- did you and Mr. Schwartz ever

7    discuss the fact that perhaps he should notify --

8        A    Well, the gracious --

9        Q    -- Ms. Howard?

10       A    First of all, the gracious act wasn't

11   allowing her to stay out on leave.  The gracious act

12   was -- was to not eliminate her job that was targeted

13   for elimination as soon as we found out that she had a

14   serious medical condition.  So it had nothing to do

15   with leave.  And what was the -- the rest of your

16   question?

17       Q    Well, I'm wondering if did you ever talk to

18   Mr. Schwartz about, oh, maybe we should tell Ms. Howard

19   that she's scheduled for a job elimination and so that

20   she can plan accordingly?

21       A    No, I don't recall that.

22       Q    You never had any discussion with

23   Mr. Schwartz about that?

24       A    I don't recall that, no.

25       Q    Do you recall having any discussions with

1        Q    Okay.  With the other managers in the bay

2   area office, correct?

3        A    Yes.

4        Q    All right.  And I take it from this email

5   that this was what Mr. Schwartz was proposing to you,

6   correct?

7        A    That's what it looks like, um-hmm.

8        Q    All right.  And then there's a further

9   communication from Mr. Schwartz to you on February 3rd

10  regarding the bonus structures and then you reply on

11  February 4th, "I will approve this."  This is on 1168,

12  if you look at the bottom.

13       A    Yes.

14       Q    "However, I am not real comfortable with KNBR

15  being paid at 98 percent of budget.  Send the wrong

16  signal."  Could you explain what you meant to me by

17  that?

18       A    I would have meant that paying somebody not

19  hitting budget sends the wrong signal, that we have to

20  actually focus people on actually achieving their

21  budget, not hitting 2 percent below their budget.

22       Q    Thank you.  And then on the next -- then

23  there seems to be a response from Mr. Schwartz, do you

24  see that?  And then you wrote on the first page of

25  Exhibit 11, at the bottom, "Don't forget the 9 percent

1    up is over a 20 percent down last year in Q1."   And

2    what did you mean by that?

3         A    Let's see how I'm referring to this.   That

4    would have meant that either one of the stations, all

5    of the stations were 20 percent down in the prior year

6    over the year before that, and that now the budget is 9

7    percent up over last year, which means we're only

8    gaining less than half back of what we lost the prior

9    year in -- with poor revenues, if we hit our budget.

10        Q    Okay.  And did you, in fact, approve these

11   bonus structures that Mr. Schwartz proposed?

12        A    It looks like I did, yeah.

13        Q    Okay.  All right.  At this point in time --

14   so now this point in time in April, between January and

15   April of 2010, did you have any conversations with

16   Mr. Schwartz about going forward with the plan to

17   eliminate Valerie Howard's job -- position, excuse me?

18             MS. MOSER:  I'm sorry, time frame again?

19        I just didn't hear it.

20             MS. LAWLESS:  From January through April

21        of 2010.

22             THE WITNESS:  I don't recall

23        specifically, no.

24        Q    (BY MS. LAWLESS)  Okay.  When you received

25   the information from Mr. Schwartz in which he set forth

1   Bridge-to-Bridge run prior to her taking her medical

2   leave?

3        A     I do not.

4        Q     Okay.  Do you have any knowledge as to

5   whether Peter Schwartz -- strike that.

6             Do you have any knowledge as to whether or

7   not Valerie Howard worked on the Bridge-to-Bridge run

8   after she returned from her leave?

9        A     I do not.

10       Q     At any point in time after Omari Patterson

11   left his position, did you discuss with Mr. Schwartz

12   the possibility of putting Valerie Howard in Omari

13   Patterson's position?

14       A     I don't recall, but it's a different

15   skillset, so it would probably be unlikely.

16       Q     Did you -- when you say it's a different

17   skillset, what do you mean by that?

18       A     Well, Omari was a manager of sellers.

19   Valerie was a manager of managers.  Omari was closer to

20   the street, as we call it, closer to the advertisers,

21   and used to making a lot of sales calls with sellers.

22             Valerie, I believe, was more of a top-line

23   manager of managers.

24       Q     Do you have any knowledge as to whether or

25   not Valerie Howard had previously worked in a position

1  such as Omari had left?

2      A    I don't, but certainly not in recent history.

3      Q    At the time when Maura Donahue was still --

4  excuse me, at the time that Maura Donahue was hired as

5  a local sales manager, were you still contemplating

6  eliminating Valerie Howard's job?

7          MS. MOSER:  Objection, mischaracterizes

8      prior testimony.

9          Go ahead and answer it.

10         THE WITNESS:  I don't recall.

11     Q    (BY MS. LAWLESS)  In or about the summer of

12  2009 or fall of -- excuse me, 2010, did you have any

13  discussions with Mr. Schwartz about hiring a national

14  sales manager?

15     A    Yes.

16     Q    Okay.  When did you and Mr. Schwartz first

17  discuss hiring a national sales manager?

18     A    I don't recall.

19     Q    Okay.  And what do you recall discussing with

20  Mr. Schwartz about hiring a national sales manager?

21     A    Really just speculation.  I know at some

22  point national revenues continued to decline, and we

23  felt that we needed to have somebody specifically

24  working on that revenue stream, national -- working

25  with the national offices, working with our people at

1    Katz.

2        Q    Okay.  And who, if anyone, had previously

3    filled that position?

4        A    I don't recall.

5        Q    And did you and Mr. Schwartz discuss how it

6    was that you were going to post the position or

7    advertise it?

8        A    I don't recall.  To the best of my

9    recollection, he was going to round up a number of

10   candidates, I would fly in and meet with the candidates

11   that he recommended, and we would pick somebody that

12   was best for the position.

13       Q    And did that, in fact, happen --

14       A    Yes.

15       Q    -- that you came in and interviewed them?

16       A    Yes.

17       Q    And how many candidates did you interview?

18       A    I believe it was four, five, or six.

19       Q    Were you involved in the selection process as

20   to who would be interviewed, or did you delegate that

21   to Mr. Schwartz?

22       A    To -- to Mr. Schwartz.

23       Q    Okay.  And when you talked with Mr. Schwartz

24   about hiring a national sales manager, do you recall

25   that this was in about the summer, fall, 2010 time

Page 83

1  not Valerie Howard had previously worked with Joe

2  Cariffe in her career?

3       A    I do not.

4       Q    Do you have any knowledge as to whether or

5  not over ten years ago she had actually managed Joe

6  Cariffe?

7       A    I do not.

8       Q    At any point in time, when you were

9  interviewing for the national manager position, did you

10  discuss with Mr. Schwartz hiring anyone who was

11  currently at that time employed at Cumulus?

12       A    I don't recall.  We may have.  I don't know.

13  We also did lean to our -- the people that work closest

14  with national, our national rep firm, Katz Media, and

15  we would have used them as well to give us

16  recommendations on people that have had experience in

17  nation will arena.

18       Q    Do you have --

19       A    And I know Joe got strong recommendations

20  from them.

21       Q    Do you have any knowledge as to whether --

22  whether or not any of the Cumulus employees applied for

23  Joe -- the position that Joe Cariffe actually got?

24       A    I don't recall.

25       Q    Okay.  When you were interviewing for that

1  currently being considered for a position in San

2  Francisco after they had left the company?

3      A    I am not specifically, no.

4      Q    All right.  In the --

5      A    But it would not be out of character to -- to

6  consider somebody that has once worked for us and might

7  be appropriate for rehire.

8      Q    With respect to Ms. Howard, is -- based on

9  your understanding as a reason for her termination, a

10 job elimination, is she eligible to be rehired at the

11 company if she qualified for a job?

12     A    Yes.

13     Q    In the 2010 time period, do you have any

14 recollection of visiting the San Francisco office and

15 meeting with Michael Seghieri and/or David Schwartz

16 when Valerie Howard was present in the office?

17     A    I don't know who David Schwartz is.

18     Q    I mean, Peter Schwartz, excuse me.

19     A    Say the question again for me.

20     Q    Sure.

21          In the 2010 time period -- I'll actually

22 change the question a little bit -- do you recall

23 coming to San Francisco to talk with Mr. Seghieri and

24 Mr. Schwartz about rates and business matters?

25     A    I don't recall specifically, but it would not

1   be something that I would not do.

2        Q    Okay.  When you came to San Francisco after

3   Ms. Howard had taken a medical leave, did you ever

4   physically meet with her?

5        A    I don't recall.

6        Q    Okay.  Ms. Howard has testified that after

7   she returned from her medical leave she felt that she

8   was shunned by Mr. Schwartz and yourself.

9             When you came to San Francisco did you ever

10  shun Ms. Howard?

11            MS. MOSER:  Objection, vague and

12       ambiguous as to the term "shun."

13            THE WITNESS:  No, not that I'm aware

14       of.

15       Q    (BY MS. LAWLESS)  Do you recall, in or about

16  April of 2010, Ms. Howard attending a manager meeting

17  here in Atlanta?

18       A    What was the dates?

19       Q    April 2010.

20       A    No, I don't.

21       Q    Okay.  Do you recall ever having any

22  conversations with Ms. Howard at a manager's meeting in

23  Atlanta in or around the spring of 2010?

24       A    I don't recall.

25       Q    Okay.  Ms. Howard has testified that she

1    attempted to speak with you in or about April of 2010

2    here in Atlanta and that you were incredibly cold to

3    her.  Do you deny that?

4         A    I have no recollection of that.

5         Q    At any point in time, did you go to the San

6    Francisco office to work on any budgeting with respect

7    to the San Francisco's budget for the year -- so this

8    would be working on the budget for the year 2011, and

9    you would have come to San Francisco in 2010?

10        A    I don't recall.

11             MS. LAWLESS:  Okay.  I'm going to

12        have -- I was wrong about that document, by

13        the way.  I'm so sorry.  I never should have

14        said it.  It's Murphy's law.  I have one more

15        document.  It is a two-page document Bates

16        stamped 1186 and 1187.

17   (WHEREUPON, Exhibit 18 was marked for

18   identification.)

19        Q    (BY MS. LAWLESS)  If you could just take a

20   moment and review what's been marked as Exhibit 18.

21        A    Um-hmm.

22        Q    Have you had an opportunity to review Exhibit

23   18?

24        A    Um-hmm.

25        Q    I'm sorry, yes?

Page 98

1    hires; is that correct?

2         A    Yes.

3         Q    And he's sending this to you on December 1st,

4    2010?

5         A    Yes.

6         Q    And the recent managerial hires were David

7    Drutz (pronunciation); is that right?

8         A    David Drutz, yes.

9         Q    Drutz, excuse me.

10             And Mr. Drutz was hired as -- was it for a

11   local sales manager for KNBR?

12        A    It -- I believe so.

13        Q    Okay.  Do you have any knowledge as to

14   whether or not Valerie Howard was ever informed about

15   that position?

16        A    I do not.

17        Q    Okay.  Do you have any knowledge as to

18   whether or not Valerie Howard had the qualifications to

19   be the local sales manager for KNBR?

20        A    There's nothing specifically that I'm aware

21   in her background that would give her the kind of

22   qualifications necessary to run a big sports station on

23   the sales side.

24        Q    Are you -- do you have any knowledge

25   specifically about her background with respects to her

1    involvement with sports and sales?

2        A    Just her recent history, which had been on

3    music stations, not on sports stations.

4        Q    And there is a reference here to a Maura

5    Donahue, correct?

6        A    Yes.

7        Q    Okay.  And in this email, Mr. Schwartz wrote

8    "Much stronger than Valerie."  Do you see that?

9        A    Yes.

10       Q    Do you have any understanding as to what he

11   meant by that?

12       A    My speculation would be that he found her to

13   be a better -- better leader of sellers than -- than

14   Valerie was, I presume.

15       Q    And when Valerie was there, Valerie was

16   actually managing the managers, not the sellers,

17   correct?

18       A    Correct.

19       Q    And when -- when he wrote, "Carries the CSOS

20   flag."  What is CSOS?

21       A    The Cumulus Sales Operating System.

22       Q    And what is that?

23       A    That's a -- basically a system of how you

24   sell our product.  It's a web portal and it's very

25   basic parts that gives sales training that managers

1   Donahue, Joe Cariffe and Michael Seghieri, are any of

2   them no longer with the company?

3        A     David Drutz is with the company.  Maura

4   Donahue is no longer with the company.  Joe Cariffe is

5   with the company.  And Michael Seghieri is no longer

6   with the company.

7        Q     Okay.  And Maura Donahue left the company

8   voluntarily, correct?

9        A     I believe so.

10       Q     She went over to CBS; is that right?  Do you

11   know?

12       A     I don't recall exactly, yes.

13       Q     And how about Michael Seghieri; is it your

14   recollection he left the company voluntarily?

15       A     I don't recall.

16       Q     Thank you.

17             Do you have any knowledge as to who, if

18   anyone, performed the -- the job duties that Valerie

19   Howard performed prior to her being terminated after

20   she left?  So after Ms. Howard left, who, if anyone,

21   performed her job duties?

22       A     No one, to -- the job was eliminated.  It

23   might have been -- it might have been that Peter

24   Schwartz would have taken up some of those duties that

25   she had done, but most of that was just eliminated,

1    period.

2        Q    Did you have an understanding as to what she

3    did on a daily basis with respect to her duties?

4        A    She was in charge of driving revenue on her

5    two music stations, and for the performance on those

6    two stations of -- of revenue and managing the -- the

7    two managers.

8        Q    And do you know who, if anyone, managed the

9    two managers after she was no longer employed with the

10   company?

11       A    They would have then reported up to the VP of

12   sales or market manager.

13       Q    That would have been Peter Schwartz?

14       A    Yes.

15       Q    At any point in time, were you present when

16   Mr. Lou Dickey made any comments to employees about

17   saving -- about taking good care of their health so

18   that they could save money for the company?

19       A    No.

20       Q    At any point in time, were you present when

21   Mr. John Dickey made any communications to other

22   employees about his sister suffering from cancer?

23       A    No, not that I recall.

24       Q    Do you have any knowledge as to whether or

25   not Valerie Howard was included in the spring 2010

1                         EXAMINATION

2   BY MS. MOSER:

3        Q    Who made the actual decision to terminate

4   Valerie's employment?

5        A    I don't recall.  It would have been Peter

6   Schwartz, myself, John Dickey, so I don't know.

7        Q    Okay.  So if you -- could Peter have decided

8   to terminate her employment by himself?

9              MS. LAWLESS:  Objection, leading.

10             THE WITNESS:  No, he would have -- he

11        would have consulted with John Dickey or

12        myself.

13        Q    (BY MS. MOSER)  When you eliminated the

14   position that Valerie was in, why -- why did you

15   eliminate that job?

16        A    Well, she was a manager of managers; and, you

17   know, we had to make cuts somewhere.  We -- we took our

18   best shot at what we thought would still keep the

19   business moving forward or moving forward as best it

20   could and still enabled us to save some expenses.

21             People closest to the clients, like sellers

22   and then their immediate managers are more important to

23   the revenue stream, in our opinion, than somebody

24   that's managing managers.

25             She was also, you, know, reasonably higher

1   paid, so there was more cost savings eliminating her

2   position than there would be eliminating someone

3   else.

4        Q    Did you ever consider giving her a lower

5   salary instead of eliminating that position?

6        A    I guess at the time -- at the time if we

7   would have made the job elimination when we had planned

8   on it originally before she told us about her medical

9   condition, you know, I think we would have probably had

10  that conversation with her about, you know, the door's

11  always open -- depending on how she reacted, the door

12  is always open if you want to apply for -- for another

13  position here.

14          And I think we may -- for all I know, we may

15  still have had that conversation with her a year later

16  when we finally did eliminate her job.  But it -- it

17  would have been rather awkward to tell somebody that

18  they're going to have to take a major pay increase

19  [sic] and get demoted.  And more often than not that --

20  that doesn't work out in my experience.

21       Q    Before you learned about -- about Valerie's

22  medical condition, did you ever discuss other positions

23  that she could be put in at the station?

24       A    Not that I recall.

25       Q    When Valerie Howard was out on leave, did you

1    salary-wise was -- was affordable for the position,

2    that -- and we could save some dollars over what we

3    were paying Omari Patterson.

4        Q    What about on the KNBR side; was she ever

5    considered for an LSM position on that side?

6        A    I -- I don't believe so.  I don't think that

7    her skillset, again, was strong.  In -- in recent

8    history there was nothing to say that she had managed

9    seller or had managed a big sports operation, and that

10   didn't seem to be something that would be necessarily

11   in her wheelhouse.

12       Q    Before you were testifying a bit about

13   cutting costs and particularly with the San Francisco

14   cluster.

15            Was terminating Valerie Howard's employment

16   the only way that you cut costs there?

17       A    No.  We cut costs in many different

18   departments with many different people.  And it wasn't

19   just San Francisco; it was wherever we were having

20   difficulty on top line.  We -- we cut considerable

21   costs out of the operation to kind of compensate for

22   the lack of revenue, something that we do quite often.

23   In fact, we just completed $9 million worth of cuts

24   across many, many markets within the past six months.

25   So it's just part of normal operation.

**From:** Karen Gooseff
**Sent:** Friday, April 02, 2010 8:42 AM
**To:** Peter Schwartz
**Subject:** FW: Sales Managers' Bonus Structures

Here is the sales managers bonus structure. Can you please see me to sign the bonuses for March. I need to send to Jon today. Thanks.

---

**From:** Peter Schwartz
**Sent:** Thursday, February 04, 2010 1:22 PM
**To:** Karen Gooseff
**Subject:** FW: Sales Managers' Bonus Structures

See Jon's approval.

---

**From:** Peter Schwartz
**Sent:** Thursday, February 04, 2010 7:50 AM
**To:** Jon Pinch
**Subject:** Re: Sales Managers' Bonus Structures

Good point and understood. Thanks.

Peter Schwartz
VP/ Director of Sales
Cumulus Media
KNBR/KFOG/KSAN/KTCT
Giants-Niners-Warriors
San Francisco
o)415-995-6814
c)415-755-8581
Peter.Schwartz@cumulus.com

On Feb 4, 2010, at 7:44 AM, "Jon Pinch" <jon.pinch@cumulus.com> wrote:

Don't forget, the 9% up is over a 20% down last year in Q1.

Jon Pinch

COO\EVP Cumulus Media

3280 Peachtree Road NW

Suite 2300

Atlanta, GA  30305

(office) 404-949-0700



EXHIBIT
11
SAG 3.26.13
PENGAD 800-631-6989

1

Howard v. Cumulus Media Inc., et al.

(cell) 404-964-8611

---

**From:** Peter Schwartz
**Sent:** Thursday, February 04, 2010 10:42 AM
**To:** Jon Pinch
**Subject:** Re: Sales Managers' Bonus Structures

I can present it to Judi and Damiel as "+9%" vs "98%" of budget so as not to send the wrong message. +9% would be strong but as I've told them, I expect more than that from them.

Thanks.

Peter Schwartz

VP/ Director of Sales

Cumulus Media

KNBR/KFOG/KSAN/KTCT

Giants-Niners-Warriors

San Francisco

o)415-995-6814

c)415-755-8581

Peter.Schwartz@cumulus.com

On Feb 4, 2010, at 7:04 AM, "Jon Pinch" <jon.pinch@cumulus.com> wrote:

> I will approve this, however I am not real comfortable with KNBR being paid at 98% of budget…. Send the wrong signal.

> Jon Pinch

> COO\EVP Cumulus Media

> 3280 Peachtree Road NW

> Suite 2300

SQ001168

Howard v. Cumulus Media Inc., et al.

Atlanta, GA  30305

(office) 404-949-0700

(cell) 404-964-8611

---

**From:** Peter Schwartz
**Sent:** Wednesday, February 03, 2010 8:09 PM
**To:** Jon Pinch
**Subject:** FW: Sales Managers' Bonus Structures

For our discussion tomorrow, below is my proposed Sales Manager Bonus plan.

Would also like to add an element that allows a manager to recoup a bonus they may have missed in month but was able to make it up in the quarter. Can make it up ONLY in the quarter and NOT at the end of the year.

---

**From:** Peter Schwartz
**Sent:** Friday, January 22, 2010 1:31 PM
**To:** Jon Pinch
**Subject:** Sales Managers' Bonus Structures

Here are my proposed bonus structures. When putting them together for Judi and Daniel, I took into consideration the bigger load they are carrying for the cluster. Their bonuses are based on **ALL** am revenue (KNBR, KTCT, Giants, Niners). When I set up each potential bonus pool using their bonus pool from 2009 but then adding in the element of a stretch goal to achieve additional bonus. Unless you require us to, we won't budget the stretch goal bonuses as they are essentially self-funding when we reach the stretch revenue goal. As for Omari, I set up a smaller bonus pool (compared to Michael and Daniel) as we rolled 75% of his interpolated earnings from 2009 into his base salary. Here is what I propose:

|  | Base | '09 Bonus Potential | '10 Bonus Potential |
|---|---|---|---|
| Judi Ratto ($5,000/mth) | $220k | $50k | $60k |

3

$2,500:

98%-100% of **station total** budget  (98% puts KNBR at +9%)

$1,500:

112% of **station total** budget

$1,000:

100% of **SF cluster total** budget

| Valerie Howard | $240k | $62k | $60k |
| ($5,000/mth) | | | |

$2,500:

100% of **station total** budget

$1,500:

112% of **station total** budget

$1,000:

100% of **SF cluster total** budget

| Daniel Erman | $184k | $33k | $45k |
| ($3,750/mth) | | | |

$1,500:

98% - 100% of **station local** budget

$1,250:

112% of **station total local** budget

$1,000:

100% of **SF cluster total** budget

| Michael Seghieri: | $165k | $33k | $45k |
| ($3,750/mth) | | | |

$1,500:

100% of **station local** budget

$1,250:

112% of **station total local** budget

$1,000:

100% of **SF cluster total** budget

4

| Omari Patterson ($2,000/mth) | $210k | Interpolated | $24k |
|---|---|---|---|

$1,000:

100% of **station local** budget

$ 500:

112% of **station total local** budget

$ 500:

100% of **SF cluster total** b

*Peter Schwartz*

*VP/ Director of Sales*

*Cumulus Media Partners*

*KNBR/KFOG/KSAN (The BONE), Cumulusjobs.com*

*Giants, Niners, Warriors*

*55 Hawthorne Street - 10th Floor*

*San Francisco, CA 94105*

*p (415) 995-6814*

*peter.schwartz@cumulus.com*

*Ask me how Cumulus can help with your recruitment effort.*

<image001.jpg> Please consider the environment before printing this e-mail.

5

Cumulus Media Email Policy
PLEASE NOTE: This message contains confidential information and is intended only for the individual(s) named.
Employees of CMI and CMP (and their subsidiaries) are prohibited from forwarding this email or otherwise disclosing
the contents of this email, or any portion thereof, to any third party, including any non-employee of the respective
companies. Failure of an employee to comply with this policy will result in disciplinary action up to and including
immediate termination of employment.

6

Howard v. Cumulus Media Inc., et al.