# EXHIBIT E

JOSEPH CARIFFE - March 28, 2013

```
1                    UNITED STATES DISTRICT COURT

2          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                           --oOo--

4

5    VALERIE HOWARD,

6              Plaintiff,

7         vs.                              No. C 12-4880 CRB

8    CUMULUS MEDIA INC.,

     SUSQUEHANNA RADIO CORP. and

9    DOES ONE through FIFTY, inclusive,

10             Defendants.

     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _/

11

12

13             DEPOSITION OF JOSEPH CARIFFE

14               Thursday, March 28, 2013

15               San Francisco, California

16

17

18

19   Reported by:

     CHERYL WILDER, CSR #7805

20

21

22

                       TOOKER & ANTZ

23         COURT REPORTING AND VIDEO SERVICES

            350 SANSOME STREET, SUITE 700

24         SAN FRANCISCO, CALIFORNIA 94104

         Phone (415) 392-0650  Fax (415) 392-3897

25
```

1

JOSEPH CARIFFE - March 28, 2013

1    you oversaw nine stations?

2         A.    Uh-huh.

3         Q.    And how long did you do that?

4         A.    I'm trying to remember.  Probably about a

5    year.

6         Q.    Do you remember the names of any of those

7    stations?

8         A.    Oh, yeah.

9         Q.    Can you tell them to me?

10        A.    Sure.  KKSF, K101, KISQ, KNEW.  Who am I

11   missing?  There's KMEL, KYLD.  I think we had the Fox or

12   Channel, CNL, down in San Jose.  That's all I can

13   remember of the stations.  There was a lot of stations.

14        Q.    Okay.  And as director of sales, could you

15   tell me what your job duty was in that position?

16        A.    I was overseeing sales, local and national

17   sales for all the stations.

18        Q.    And when you were the director of sales, did

19   you continue to report to Mr. Kendrick or you reported

20   to someone else?

21        A.    No.  I reported to Doug Stern, who was

22   vice-president and market manager.

23        Q.    And why did you leave that job?

24        A.    I think I went back to Bonneville then because

25   it was -- it was a very -- it was a miserable job is the

JOSEPH CARIFFE - March 28, 2013

 1    only way to describe it.

 2         Q.   And why was it miserable?

 3         A.   Because you had no life and nobody was ever

 4    happy with anything, so it just -- it's a very difficult

 5    job.  To this day, anybody who has that job -- I would

 6    never take that job again.  There is just too many

 7    moving parts, too much can go wrong at any point in

 8    time, and you get blamed for everything.

 9         Q.   You're talking about the director of sales

10    job?

11         A.   Yeah, because you're talking about a lot of

12    employees.  And on any given day, things are going

13    sideways, somebody's ratings are up, somebody's ratings

14    are down.  It's one of the toughest jobs in the

15    industry.  Maybe the toughest job in the industry is

16    being a director of sales over multiple properties.

17         Q.   And so you left the position and then you went

18    back to Bonneville?

19         A.   Went back to Bonneville to -- I've always had

20    a longstanding relationship with Chuck Tweedle, who is

21    the market manager here in San Francisco for Bonneville.

22    So then I was the general sales manager of a station

23    they were having difficulty with.

24         Q.   Which station was that?

25         A.   That's what I'm trying to remember, the call

JOSEPH CARIFFE - March 28, 2013

 1    more properties and a bigger job.
 2         Q.   And how would it expand for you?
 3         A.   Additional stations and plus a sports
 4    franchise, two sports franchises.
 5         Q.   What were they?
 6         A.   San Francisco Giants and the San Francisco
 7    49ers, plus two college franchises, Stanford football
 8    and Cal football.
 9         Q.   Did KGO or KSFO have any sports franchise?
10         A.   They had the Raiders.
11         Q.   That says it all.
12         A.   There you go.  I didn't want to say that.  You
13    said it, I didn't.
14         Q.   And let me ask, when you were the national
15    sales manager at KGO and KSFO, to whom were you
16    reporting?
17         A.   Deidra Lieberman, D-e-i-d-r-a
18    L-i-e-b-e-r-m-a-n.
19         Q.   And do you recall working at KGO/KSFO
20    approximately four to five years in that position?
21         A.   Yeah, it could have been that long.
22         Q.   All right.
23         A.   I lose track after time.
24         Q.   Got you.
25         A.   I was busy.

                                                          26

JOSEPH CARIFFE - March 28, 2013

```
 1    stations want.
 2         Q.   Did he tell you if anyone had been currently
 3    doing that job?
 4         A.   No.
 5         Q.   Did he indicate that he had been doing some of
 6    it?
 7         A.   Yeah.  And I think that was the implication
 8    was that he had been doing it and they had him doing too
 9    many things, so he was excited by the prospect of giving
10    that up because he just had too many things going on,
11    because he was also the director of sales for the
12    cluster and kind of the acting market manager a little
13    bit, so he had an awful lot on his plate.  He was
14    looking forward to moving those duties along.
15         Q.   And did Mr. Schwartz say anything else in that
16    meeting when you had a beer together, other than what
17    you've testified to that you recall?
18         A.   No.
19         Q.   Did you ask him about salary range, anything
20    like that?
21         A.   No.
22         Q.   And did you give him your resume at that
23    point?
24         A.   Yes -- or, no, I didn't.  Not at that point.
25    Not after the first interview, because I didn't have a
```

36

1      A.   I had heard it can be a tough place to work.

2      Q.   And who had you heard that from, do you

3  recall?

4      A.   No.   Just, you know, industry scuttlebutt.

5  But I had heard the same thing about CBS before I went

6  to work for them.   I had heard the same thing about

7  Clear Channel.   They are all tough places to work.   They

8  are large, public companies, very demanding, high

9  accountability.

10     Q.   And do you recall the time frame when you had

11 this interview with Mr. Pinch and Mr. Schwartz in

12 relationship to when you commenced employment?

13     A.   It was probably two weeks out before I

14 actually started the job.

15     Q.   So it was close to the time that you started

16 the job?

17     A.   Right.

18     Q.   And do you recall initially expressing

19 interest to Mr. Schwartz in or about the July 2010 time

20 period and you commenced employment in September?

21     A.   That seems a little early, but that's just my

22 recollection now.   I don't remember it being a

23 particularly long wait after I had the interviews with

24 them.   It could have been as early as July, but I was

25 thinking more like early August.

                                                          42

JOSEPH CARIFFE - March 28, 2013

1    they start sounding very similar.  Could you please

2    describe the differences, if any, between those three

3    jobs.

4         A.    Sure.  Typically a general sales manager will

5    oversee both local and national sales and all of the

6    inner workings.

7              When you're a local sales manager, you

8    normally have a local sales team of local sellers who

9    sell mostly to direct and retail and some local agencies

10   here in the Bay Area, maybe a 50-mile radius.

11             When you're a national sales manager, your job

12   is not so much to manage people as it is to manage reps

13   that are representing your company in outside markets.

14   So a lot of business that comes into San Francisco radio

15   is generated out of Los Angeles and New York.  That's

16   where the bulk of it comes out of.  But certainly there

17   is some out of Chicago and some other ancillary markets,

18   so you are managing those reps and you're hopefully

19   leveraging relationships with them and relationships

20   with the buyers as well in those markets to get as much

21   as you can revenue-wise for your radio stations.

22        Q.    That would be LSM?

23        A.    That would be national sales manager.

24        Q.    Okay.  That's the national sales manager.  So

25   does the national sales manager manage people?

77

     A.   Not so much.  The only way you manage people
is that you want to have great relationships with the
people who represent you, the reps at the rep firm, so
that they want to work hard for you, and you want to
have great relationships with media buyers so they want
to push as much business your way as they can.  So
you're more managing those relationships than anything.
It's much different when you're a local sales manager
because you have direct reports that are in your office
ten times a day with questions, you're helping them,
you're going on sales calls with them, that kind of
thing, so it's kind of a different role.
     Q.   What about the role of a general sales
manager?
     A.   General sales manager, in theory, manages a
local sales manager in the local sales operation and
also a national sales.  So the general sales manager is
technically in charge of all the revenue coming into
that station.
          Now, that has changed in the last couple of
years where these companies have become a little bit
more vertical, so even though I'm the general sales
manager of KGO and KSFO, I have nothing to do with
national revenue because now they have stripped that out
and that is handled separately.  Okay?

```
1              CERTIFICATE OF DEPOSITION OFFICER

2       I, CHERYL WILDER, CSR #7805, duly authorized to

3    administer oaths, hereby certify that at the

4    commencement of the foregoing deposition the witness

5    stated, under penalty of perjury, that he or she would

6    testify the truth, the whole truth, and nothing but the

7    truth in the within-entitled cause; that said deposition

8    was taken at the time and place therein stated; that the

9    testimony of said witness was reported by me and was

10   thereafter transcribed by me (or under my direction)

11   into typewriting by computer; that the foregoing is a

12   full, complete and true record of such testimony; and

13   that the deponent or a party requested review of the

14   deposition prior to completion of the deposition; and

15   that the deponent was given an opportunity to review the

16   deposition.

17      I further certify that I am not of counsel or attorney

18   for either or any of the parties in the foregoing

19   deposition and caption named, nor in any way interested

20   in the outcome of the cause named in said caption.

21


22                    DEPOSITION OFFICER

23


24   _____

                  DATE OF CERTIFICATION

25
```

82