Risa J. Morris (State Bar No. 221179)
rmorris@mmlfirm.com
MEYER MOSER LANG LLP
9300 Wilshire Blvd., Suite 508
Beverly Hills, California 90212
Telephone:  (213) 330-1760
Facsimile:   (310) 496-0427

Theresia Moser (admitted *pro hac vice*)
Email: tmoser@mmlfirm.com
Charles E. Solley (admitted *pro hac vice*)
Email: tsolley@mmlfirm.com
MEYER MOSER LANG LLP
Southern Dairies Building
621 North Avenue, N.E. Suite C-150
Atlanta, Georgia 30308-2864
Telephone:  (404) 537-5330
Facsimile:   (404) 537-5340

ATTORNEYS FOR DEFENDANTS
CUMULUS MEDIA INC. AND
SUSQUEHANNA RADIO CORP.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIE HOWARD,<br><br>  Plaintiff,<br><br>  v.<br><br>CUMULUS MEDIA INC.,<br>SUSQUEHANNA RADIO CORP. and<br>DOES ONE through FIFTY, inclusive,<br><br>  Defendants. | **CASE NO. 3:12-CV-4880-CRB**<br><br>**DECLARATION OF<br>JONATHAN G. PINCH** |

I, Jonathan G. Pinch, declare the following:

1.

My name is Jonathan G. Pinch. I have been asked to provide certain information within my personal knowledge. If called as a witness I could and would testify competently with respect to the matters in this declaration.

2.

I am an Executive Vice President ("EVP") and Co-Chief Operating Officer of Cumulus Media Inc. ("Cumulus" or the "Company"). Cumulus is a publicly-traded radio broadcasting company currently operating approximately 572 radio stations in 120 media markets across the country. I have worked with the Company since 2000.

3.

"Cumulus" is the trade name used by entities under the Cumulus Media Inc. umbrella of companies. That name is used for branding and marketing purposes. The individual companies remain completely separate and distinct companies and employers.

4.

On January 31, 2011, Cumulus purchased Susquehanna Radio Corp. ("SRC"), (which interests are held by an indirect, wholly-owned subsidiary of Cumulus). After the sale, I became Chief Operating Officer of SRC.

5.

SRC owns and operates a number of stations in the San Francisco market, including KSAN-FM and KFOG-FM. One of my responsibilities is to oversee certain operations of SRC's radio stations, including the San Francisco stations (stations in the same geographic area are grouped together in a "market"). Higher-level employees from each market report directly to me, as well as to John Dickey, who is an Executive Vice President of SRC.

6.

Valerie Howard was employed directly by SRC, and her employment ended in September 2010. At that time, Cumulus did not own SRC, and indirectly owned a 25% share of SRC through a subsidiary named Cumulus Media Partners LLC.

7.

"Cumulus Media Partners LLC" is a holding company incorporated in Delaware, which does not have any employees.

8.

During Howard's employment with SRC, her paychecks were issued through CMP Susquehanna Corp., which, through intermediary corporate entities, is a wholly-owned subsidiary of Cumulus Media Partners LLC. CMP Susquehanna Corp. is the payroll entity for Cumulus employees in the San Francisco market. CMP Susquehanna Corp. does not have any employees.

9.

CMP Susquehanna Holdings Corp. and CMP Susquehanna Radio Holdings Corp., through several intermediary corporate entities, are subsidiaries of Cumulus. Neither entity has any employees.

10.

Lewis W. Dickey, Jr. is the Chairman, President, and Chief Executive Officer of Cumulus Media Inc. After the sale of SRC to CMP Susquehanna Corp., he also serves that role for SRC. Lew is responsible for corporate strategy and is directly accountable to the Board of Directors and to Cumulus' shareholders. Lew does not have direct oversight in management of any of the Company's radio markets, including SRC in San Francisco.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __17th__ day of July, 2013.

Jon Pinch
Co-Chief Operating Officer
Cumulus Media Inc.