DANIELLE L. OCHS, CA Bar No. 178677
danielle.ochs@ogletreedeakins.com
BECKI D. GRAHAM, CA Bar No. 238010
becki.graham@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:      415.442.4870

Attorneys for Defendants
CUMULUS MEDIA INC. and
SUSQUEHANNA RADIO CORP.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VALERIE HOWARD,<br><br>          Plaintiff,<br><br>     vs.<br><br>CUMULUS MEDIA INC., SUSQUEHANNA RADIO CORP., and DOES 1 through 50 inclusive<br><br>          Defendants. | Case No. 3:12-CV-04880-CRB<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS CUMULUS MEDIA INC. AND SUSQUEHANNA RADIO CORP.**<br><br>Action Filed:     June 18, 2012<br>Trial Date:       TBD<br>Judge:            Hon.  Charles R. Breyer |

Please take notice that Defendants Cumulus Media Inc. and Susquehanna Radio Corp. have retained Ogletree, Deakins, Nash, Smoak and Stewart, P.C. to substitute as counsel for Meyer Moser Lang LLP in the above captioned matter.

Withdrawing counsel for Defendant Cumulus Media Inc. and Susquehanna Radio Corp. are:

> RISA J. MORRIS (STATE BAR NO. 221179)
> E-mail: rmorris@mmlfirm.com
> MEYER MOSER LANG LLP
> 28 2nd Street, Suite 300
> San Francisco, California 94105
> Telephone: (213) 330-1760
> Facsimile: (415) 276-9342
>
> THERESIA MOSER (*PRO HAC VICE*)
> Email: tmoser@mmlfirm.com
> ELIZABETH BULAT TURNER (*PRO HAC VICE*)
> Email: bbulatturner@mmlfirm.com
> MEYER MOSER LANG LLP
> 28 2nd Street, Suite 300
> San Francisco, California 94105
> Telephone: (415) 967-1351
> Facsimile: (415) 276-9342

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendants Cumulus Media Inc. and Susquehanna Radio Corp.:

> DANIELLE L. OCHS, CA Bar No. 178677
> danielle.ochs@ogletreedeakins.com
> BECKI D. GRAHAM, CA Bar No. 238010
> becki.graham@ogletreedeakins.com
> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
> Steuart Tower, Suite 1300
> One Market Plaza
> San Francisco, CA  94105
> Telephone:    415.442.4810
> Facsimile:     415.442.4870

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED:  September 17, 2013          CUMULUS MEDIA INC. AND SUSQUEHANNA
                                    RADIO CORP.


                                    BY:  /s/Richard Denning
                                         Richard Denning, General Counsel

DATED:  September 17, 2013

MEYER MOSER LANG LLP

BY:  /s/ Theresia Moser
    Theresia Moser
    Elizabeth Bulat Turner
    Risa J. Morris

Former Attorneys for Defendants:
CUMULUS MEDIA INC. and SUSQUEHANNA RADIO CORP.

DATED:  September 17, 2013

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

BY:  /s/ Danielle Ochs
    Danielle Ochs
    Becki D. Graham

Attorneys for Defendants:
CUMULUS MEDIA INC. and SUSQUEHANNA RADIO CORP.

### SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories on this e-filed document.

DATED:  September 17, 2013    BY:  /s/Danielle Ochs
                                  Danielle Ochs

### ORDER

The above withdrawal and substitution counsel is approved and so ORDERED.

Dated:  September 18, 2013

Hon. Charles R. Breyer
SENIOR DISTRICT JUDGE, UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

2    Case No.: 3:12-CV-04880-CRB
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS CUMULUS MEDIA INC., SUSQUEHANNA RADIO CORP.