1  DANIELLE L. OCHS, CA Bar No. 178677
   danielle.ochs@ogletreedeakins.com
2  BECKI D. GRAHAM, CA Bar No. 238010
   becki.graham@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870

7  Attorneys for Defendants
   CUMULUS MEDIA INC. and
8  SUSQUEHANNA RADIO CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VALERIE HOWARD,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CUMULUS MEDIA INC., SUSQUEHANNA RADIO CORP., and DOES 1 through 50 inclusive<br><br>　　　　　Defendants. | Case No. 3:12-CV-04880-CRB<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS CUMULUS MEDIA INC. AND SUSQUEHANNA RADIO CORP.**<br><br>Action Filed:　June 18, 2012<br>Trial Date:　　TBD<br>Judge:　　　　Hon. Charles R. Breyer |

Please take notice that Defendants Cumulus Media Inc. and Susquehanna Radio Corp. have retained Ogletree, Deakins, Nash, Smoak and Stewart, P.C. to substitute as counsel for Meyer Moser Lang LLP in the above captioned matter.

Withdrawing counsel for Defendant Cumulus Media Inc. and Susquehanna Radio Corp. are:

> RISA J. MORRIS (STATE BAR NO. 221179)
> E-mail: rmorris@mmlfirm.com
> MEYER MOSER LANG LLP
> 28 2nd Street, Suite 300
> San Francisco, California 94105
> Telephone: (213) 330-1760
> Facsimile: (415) 276-9342
>
> THERESIA MOSER (*PRO HAC VICE*)
> Email: tmoser@mmlfirm.com
> ELIZABETH BULAT TURNER (*PRO HAC VICE*)
> Email: bbulatturner@mmlfirm.com
> MEYER MOSER LANG LLP
> 28 2nd Street, Suite 300
> San Francisco, California 94105
> Telephone: (415) 967-1351
> Facsimile: (415) 276-9342

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendants Cumulus Media Inc. and Susquehanna Radio Corp.:

> DANIELLE L. OCHS, CA Bar No. 178677
> danielle.ochs@ogletreedeakins.com
> BECKI D. GRAHAM, CA Bar No. 238010
> becki.graham@ogletreedeakins.com
> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
> Steuart Tower, Suite 1300
> One Market Plaza
> San Francisco, CA  94105
> Telephone:    415.442.4810
> Facsimile:    415.442.4870

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED:  September 17, 2013           CUMULUS MEDIA INC. AND SUSQUEHANNA RADIO CORP.


                                     BY:  /s/Richard Denning
                                          Richard Denning, General Counsel

DATED: September 17, 2013          MEYER MOSER LANG LLP

BY: /s/ Theresia Moser
    Theresia Moser
    Elizabeth Bulat Turner
    Risa J. Morris

Former Attorneys for Defendants:
CUMULUS MEDIA INC. and SUSQUEHANNA RADIO CORP.

DATED: September 17, 2013          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

BY: /s/ Danielle Ochs
    Danielle Ochs
    Becki D. Graham

Attorneys for Defendants:
CUMULUS MEDIA INC. and SUSQUEHANNA RADIO CORP.

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories on this e-filed document.

DATED: September 17, 2013          BY: /s/Danielle Ochs
                                       Danielle Ochs

## ORDER

The above withdrawal and substitution counsel is approved and so ORDERED.

Dated: September 18, 2013

Hon. Charles R. Breyer
SENIOR DISTRICT JUDGE, UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

2                    Case No.: 3:12-CV-04880-CRB
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS CUMULUS MEDIA INC., SUSQUEHANNA RADIO CORP.