```
 1  THERESE M. LAWLESS - Bar # 127341
    LISA P. MAK - Bar # 260281
 2  EMILY K. STEHR - Bar # 289624
    LAWLESS & LAWLESS
 3  180 Montgomery Street, Suite 2000
    San Francisco, CA 94104
 4  Telephone:  (415) 391-7555
    tlawless@lawlesssf.com
 5  lmak@lawlesssf.com
    estehr@lawlesssf.com
 6
    Attorneys for Plaintiff
 7  VALERIE HOWARD
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| VALERIE HOWARD, | ) Case No. C 12-04880 CRB |
|---|---|
| Plaintiff-Appellant, | ) |
| vs. | ) ORDER EXONERATING BOND AND ) SURETY |
| CUMULUS MEDIA INC., SUSQUEHANNA RADIO CORP. and DOES ONE through FIFTY, inclusive, | ) ) ) ) |
| Defendants-Respondents. | ) ) ) District Judge: Hon. Charles R. Breyer |

**WHEREAS** a final judgment was entered herein on July 17, 2014.

**WHEREAS** a Supersedeas Bond [Fed R Civ P Rule 62(d); ND CA Rule 65.1 (b)] issued by surety International Fidelity Insurance Company, Bond No. 0628835, was posted on behalf of and for the benefit of Plaintiff-Appellant, on January 29, 2014, in the sum of Six Thousand, Six Hundred Thirty-Seven and 41/100 Dollars ($6,637.41) in conjunction with Plaintiff-Appellant's appeal to the United States Court of Appeals for Ninth Circuit from the final judgment.

**WHEREAS** Plaintiff-Appellant has acknowledged that the judgment entered herein on July 17, 2014, has been satisfied in full and has requested the court release Bond No. 0628835 in the sum of Six Thousand, Six Hundred Thirty-Seven and 41/100 Dollars ($6,637.41) posted on January 29, 2014.

---

ORDER EXONERATING BOND AND SURETY
Case No. C 12-04880 CRB                                                                 -1-

**THEREFORE THE COURT FINDS** that the judgment entered herein on July 17, 2014 has been satisfied in full.

**IT IS HEREBY ORDERED** that the bond issued by surety International Fidelity Insurance Company, Bond No. 0628835, and posted on January 29, 2014, in the sum of Six Thousand, Six Hundred Thirty-Seven and 41/100 Dollars ($6,637.41) and the compensated surety, International Fidelity Insurance Company, are exonerated and discharged from further liability forthwith.

IT IS SO ORDERED.

Dated: January 13, 2015

Honorable Charles E. Breyer
United States District Judge